UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW WHITAKER, et al.,<br><br>        Defendants. | Case No. 19-cv-00799-VC<br><br>**ORDER DISMISSING CASE** |

    The Court construes Rodriguez's notice of voluntary dismissal as a motion for an order of dismissal without prejudice. The motion is granted.

    **IT IS SO ORDERED.**

Dated: May 29, 2019

_____
VINCE CHHABRIA
United States District Judge